# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADALBERTO MARTINEZ JR., | ) | No. SACV 10-540 DOC (CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| ALFRED MARTINEZ (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 5, filed June 3, 2010) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: February 10, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge