# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADALBERTO MARTINEZ JR., | ) | No. SACV 10-540 DOC (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ALFRED MARTINEZ (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: <u>February 10, 2011</u>

_____
DAVID O. CARTER
United States District Judge